UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| KHALID ADNAN ABUBAKARI,<br><br>        Petitioner,<br><br>    v.<br><br>JEH JOHNSON, Secretary of the Department of Homeland Security, et al.,<br><br>        Respondents. | Case No. SA CV 16-02205-FMO (AS)<br><br>**JUDGMENT** |

Pursuant to the "Order Dismissing Petition,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

Dated: May 10, 2017

                                                                      /s/
                                            FERNANDO M. OLGUIN
                                     UNITED STATES DISTRICT JUDGE